UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OUR SACRED SANCTUARY, INC, NORELLE ADAMS, ROB WILLSON, and LORA WILSON

Plaintiffs,

v. Case No.: 6:26-cv-278-GAP-NWH

TODD BLANCHE, ACTING U.S. ATTORNEY GENERAL and TERRANCE COLE, ADMINSTRATOR U.S. DRUG ENFORCEMENT ADMINISTRATION,

Defendants.
_________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: April 29, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: ______________________________

JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov